IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE REYES GUERRA,<br><br>    Petitioner,<br><br>  v.<br><br>LARRY SMALL, Acting Warden,<br><br>    Respondent.<br>_____/ | No. C 09-03948 CW (PR)<br><br>ORDER OF DISMISSAL |

    Petitioner, a state prisoner, filed the present petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  He states that his petition for a writ of habeas corpus is still pending before the California Supreme Court.

    The California Supreme Court's official website shows that Petitioner's state habeas petition was filed on February 10, 2010, and that there has not been any final decision from the California Supreme Court.  See Guerra (Jose Reyes) on H.C., Cal. S. Ct. No. S180191.

    The exhaustion requirement applicable to federal habeas petitions is not satisfied if there is a pending post-conviction proceeding in state court.  See 28 U.S.C. § 2254(b)-(c); Sherwood

1  v. Tomkins, 716 F.2d 632, 634 (9th Cir. 1983).  If a post-
2  conviction challenge to a criminal conviction is pending in state
3  court, a potential federal habeas petitioner must await the outcome
4  of the challenge before his state remedies are considered
5  exhausted.  See id.  Moreover, the rule in Sherwood applies whether
6  or not the issue raised in the pending state petition is included
7  in the federal petition, see id., for the reason that a pending
8  state court challenge may result in the reversal of the
9  petitioner's conviction, thereby mooting the federal petition.  See
10 id. (citations omitted).

11      As Petitioner has a petition currently pending in the
12 California Supreme Court, the instant petition for a writ of habeas
13 corpus is DISMISSED without prejudice to refiling once all state
14 court post-conviction challenges to Petitioner's conviction have
15 been completed, and all claims Petitioner wishes to raise in
16 federal court have been presented to the Supreme Court of
17 California.  See 28 U.S.C. § 2254(b)-(c); Rose v. Lundy, 455 U.S.
18 509, 522 (1982) (holding every claim raised in federal habeas
19 petition must be exhausted).

20      The Clerk of the Court shall enter judgment and close the
21 file.

22      IT IS SO ORDERED.

24 Dated:  2/25/10          CLAUDIA WILKEN
                            UNITED STATES DISTRICT JUDGE

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

JOSE REYES GUERRA,

        Plaintiff,

  v.

LARRY SMALL et al,

        Defendant.

Case Number: CV09-03948 CW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 25, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Jose Reyes Guerra F-57686
D2-136
Calipatria State Prison
P.O. Box 5002
Calipatria, CA 92233-5002

Dated: February 25, 2010

        Richard W. Wieking, Clerk
        By: Sheilah Cahill, Deputy Clerk

3